No. 15, original. KANSAS *v.* MISSOURI. May 27, 1940. The motion for leave to file a bill of complaint is granted

and process is ordered to issue returnable September 1, next. *Messrs. Jay S. Parker,* Attorney General of Kansas, *A. B. Mitchell,* Assistant Attorney General, *Clarence V. Beck,* and *Errett P. Scrivner* for complainant.